
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FRANCIS L. WRIGHT,                                          :
                                                            :
               Plaintiff,                         :    **ECF CASE**
                                                            :
     v.                                                     :
                                                            :    07 Civ. 9640 (NRB)
MARY ANN GANTNER, et al.,                                   :
                                                            :
               Defendants.                        :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         November 9, 2007

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                   By:    /s/_____
                                                    DAVID BOBER
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-2718
                                                    Facsimile: (212) 637-2786
                                                    Email: david.bober@usdoj.gov

To:    Kira Repetto, Esq.
         225 Broadway, Suite 512
         New York, NY 10007