```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FRANCIS L. WRIGHT,

                    Petitioner,

     - against -                              O R D E R

MARY ANN GARTNER, District Director,          07 Civ. 9640 (NRB)
New York, United States Immigration and
Customs Enforcement, Department
of Homeland Security;
MICHAEL CHERTOFF, Secretary of Department
of Homeland Security;
ALBERTO GONZALES, Attorney General,

                    Respondents.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

Dated:   New York, New York
         June 17, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08

Copies of the foregoing Order have been mailed on this date to the following:

Nita Dobroshi, Esq.
Law Office of Spar & Bernstein, P.C.
225 Broadway, Suite 512
New York, NY 10007

David Bober, Esq.
Assistant United States Attorney
Civil Division
86 Chambers Street
New York, NY 10007